# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146429

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LARRY HODGES,
        Plaintiff-Appellant,

v

                                       SC: 146429
                                       COA: 309648

HENRY FORD HOSPITAL,
        Defendant-Appellee.
                                       Wayne CC: 11-001071-NI

_____/

      On order of the Court, the application for leave to appeal the November 21, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

t0422